

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

March 20, 2024

**VIA ECF**
Hon. Valerie E. Caproni
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> By Order of Reference dated December 6, 2023,(ECF 6) this case was referred to Magistrate Judge Valerie Figueredo for general pretrial supervision and dispositive motions requiring a report and recommendation. On December 7, 2023, this case was reassigned to me.
>
> Defendant's application falls within the scope of that referral and is GRANTED. The deadline for Defendant to file its opposition is extended until March 29, 2024.
>
> The Clerk of the Court is respectfully directed to terminate ECF 25.
>
> DATED: March 20, 2024
> New York, New York
>
> SO ORDERED
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

Re:  *R.R. v. N.Y.C. Dep't of Education,* 23-cv-4494 (VEC)(RFT)

Dear Judge Caproni:

I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, the Honorable Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.*, as well as for this action.

Defendant writes to respectfully request a 2-day extension of the opposition filing deadline, from March 27, 2024 to March 29, 2024. This is the first request for an extension. Plaintiff graciously consents to this request. The extension is necessary due to the undersigned's supervisor's unexpected absence from the office.

Accordingly, Defendant respectfully requests that the filing deadline for its opposition papers be extended to March 29, 2024. Thank you for considering this request.

Respectfully submitted,

*/s/*
Martha Nimmer, Esq.
Special Assistant Corporation Counsel

cc:   Benjamin Kopp, Esq. (via ECF)