**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
R.R., individually and on behalf of KR.A. and
KA.A., children with a disability,

                        Plaintiff,

        -against-                                 23 **CIVIL** 4494 (VEC)

                                                 **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                        Defendant.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated December 8, 2025, the R&R is ADOPTED in full,

and the parties' respective objections are OVERRULED. Plaintiffs motion is GRANTED in part.

Plaintiff is awarded $35,565.23 in attorneys' fees and costs, plus post-judgment interest;

accordingly, the case is closed.

**Dated:** New York, New York

       December 9, 2025

                                      **TAMMI M. HELLWIG**

                                           _____
                                               **Clerk of Court**

                **BY:**              K. mango

                                                _____
                                               **Deputy Clerk**